# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Jennifer McCallum, Ph. D.
The McCallum Law Firm PC
685 Briggs Street, P.O. Box 929
Erie, CO 80516
Phone Number: (303) 828-0655
E-mail: jennifermccallum@mccallumlaw.net
Atty. Reg. #: 33238

Edward P. Bakos
Bakos Law LLC
27 Laurel Avenue
Summit, NJ 07901
Phone Number: 908-273-0770
E-mail: ebakos@bakoslegal.com

*Attorneys for the Plaintiff:*
*JOSÉ PABLO FERNÁNDEZ*

| | |
|---|---|
| JOSÉ PABLO FERNÁNDEZ (an individual), ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION FILE NUMBER:** |
| ) | |
| v. ) | **TRIAL BY JURY DEMANDED** |
| ) | |
| TEQUILAS INC. (dba Tequila's Family ) | |
| Mexican Restaurant of Bayfield and Tequila's ) | |
| Family Mexican Restaurant of Durango); ) | |
| ROSITA, INC. (dba Tequila's Mexican ) | *Document filed Electronically* |
| Restaurant of Cortez); CASA TEQUILA, LLC ) | |
| (dba Casa Tequila El Jebel); LOS LEONES, ) | |
| LLC (dba Casa Tequila Evergreen); ) | |
| TEQUILA'S III, INC. (dba Tequila's Mexican ) | |
| Restaurant of Glenwood Springs); EL ) | |
| TEQUILENO #1, LLC (dba Tequila's Family ) | |
| Restaurant in Golden); TEQUILA'S II, INC. ) | |
| (dba Tequila's Mexican Restaurant Grand ) | |
| Junction U.S.6 and Tequila's Mexican ) | |
| Restaurant Grand Junction North Ave); LOS ) | |
| GARCIAS, INC. (dba Tequila's of Pagosa ) | |
| Springs); RIFLE TEQUILA'S, INC. (dba ) | |
| Tequila's Family Restaurant Rifle); ) | |
| TEQUILA'S OF THORNTON, LLC (dba ) | |
| Tequila's Family Mexican Restaurant of ) | |
| Thornton); TEQUILA'S OF TRINIDAD (dba ) | |
| Tequila's Family Mexican Restaurant of ) | |

Trinidad);  CREATIVO DESIGN, LLC;           )
ENTRPRNRBOX, LLC (dba Restaurant Hero,      )
Restaurantly, and Obten Mas Clientes); and   )
3GENGAGEMENT, LLC                            )
                                             )
                              Defendants.    )

## COMPLAINT FOR COPYRIGHT INFRINGMENT AND DEMAND FOR JURY TRIAL

Plaintiff, JOSÉ PABLO FERNÁNDEZ, an individual (hereinafter "Author" or "Plaintiff"), by its undersigned attorneys, for its Complaint against TEQUILAS INC. (dba Tequila's Family Mexican Restaurant of Bayfield and Tequila's Family Mexican Restaurant of Durango); ROSITA, INC. (dba Tequila's Mexican Restaurant of Cortez); CASA TEQUILA, LLC (dba Casa Tequila El Jebel); LOS LEONES, LLC (dba Casa Tequila Evergreen); TEQUILA'S III, INC. (dba Tequila's Mexican Restaurant of Glenwood Springs); EL TEQUILENO #1, LLC (dba Tequila's Family Restaurant in Golden); TEQUILA'S II, INC. (dba Tequila's Mexican Restaurant Grand Junction U.S.6 and Tequila's Mexican Restaurant Grand Junction North Ave); LOS GARCIAS, INC. (dba Tequila's of Pagosa Springs); RIFLE TEQUILA'S, INC. (dba Tequila's Family Restaurant Rifle); TEQUILA'S OF THORNTON, LLC (dba Tequila's Family Mexican Restaurant of Thornton); and TEQUILA'S OF TRINIDAD, LLC (collectively, "Restaurants") and CREATIVO DESIGN, LLC; ENTRPRNRBOX, LLC (dba Restaurant Hero, Restaurantly, and Obten Mas Clientes); and 3GENGAGEMENT, LLC (collectively, "Designers") (hereinafter, Restaurants and Designers are collectively referred to as "Defendants"), upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters, alleges as follows:

## THE PARTIES

1.      Plaintiff JOSÉ PABLO FERNÁNDEZ is an individual having a place of residence in Houston, Texas.

2.      Upon information and belief, Defendant TEQUILAS INC. is a Colorado corporation having its corporate headquarters at 948 Main Avenue, Durango, Colorado 81301.  Upon information and belief, Defendant TEQUILAS INC. does business as Tequila's Family Mexican Restaurant of Bayfield located at 14 East Mill Road, Bayfield, Colorado 81122 and Tequila's Family Mexican Restaurant of Durango located at 948 Main Avenue, Durango, Colorado 81301.

3.      Upon information and belief, Defendant ROSITA, INC. is a Colorado corporation having its corporate headquarters at 1740 East Main Street, Suite #1, Cortez, Colorado 81321.  Upon information and belief, Defendant ROSITA, INC does business as Tequila's Mexican Restaurant of Cortez located at 1740 East Main Street, Suite #1, Cortez, Colorado 81321.

4.      Upon information and belief, Defendant CASA TEQUILA, LLC is a Colorado corporation having its corporate headquarters at 64 El Jebel Road, El Jebel, Colorado 81623 and a mailing address of 1853 Country Road 109, Glenwood Springs, Colorado 81602.  Upon information and belief, Defendant CASA TEQUILA, LLC does business as Casa Tequila El Jebel located at 64 El Jebel Road, El Jebel, Colorado 81623.

5.      Upon information and belief, Defendant LOS LEONES, LLC is a Colorado corporation having its corporate headquarters at 934 16th Street, Denver, Colorado, 80202 and a mailing address at 430 Indiana Street, Suite 100, Golden, Colorado 80401.  Upon information and belief, Defendant LOS LEONES, LLC does business as Casa Tequila Evergreen, 1204 Bergen Parkway, Evergreen, Colorado 80439.

6.      Upon information and belief, Defendant TEQUILA'S III, INC. is a Colorado corporation having its corporate headquarters at 132 West 6th Street, Glenwood Springs, Colorado 81601

with a mailing address of 1607 Grand Avenue, Suite 32, Glenwood Springs, Colorado 81601. Upon information and belief, Defendant TEQUILA'S III, INC does business as Tequila's Mexican Restaurant of Glenwood Springs located at 132 West 6th Street, Glenwood Springs, Colorado 81601.

7.      Upon information and belief, Defendant EL TEQUILENO #1, LLC is a Colorado corporation having its corporate headquarters at 927 Cole Street, Golden, Colorado 80401. Upon information and belief, Defendant EL TEQUILENO #1, LLC does business as Tequila's Family Restaurant of Golden located at 17535 South Golden Road, Golden, Colorado 80401.

8.      Upon information and belief, Defendant TEQUILA'S II, INC. is a Colorado corporation having its corporate headquarters at 2560 North Avenue, Grand Junction, Colorado 81501. Upon information and belief, Defendant TEQUILA'S II, INC. does business as Tequila's Mexican Restaurant Grand Junction U.S.6 located at 2452 U.S. 6, Grand Junction, Colorado 81501 and Tequila's Mexican Restaurant Grand Junction North Ave located at 2560 North Avenue, Grand Junction, Colorado 81501.

9       Upon information and belief, Defendant LOS GARCIAS, INC. is a Colorado corporation having its corporate headquarters at 439 San Juan Street, Pagosa Springs, Colorado 81147 and a mailing address at P.O. Box 3460, Pagosa Springs, Colorado 81147. Upon information and belief, Defendant LOS GARCIAS, INC. does business as Tequila's Pagosa Springs, LLC located at 439 San Juan Street, Pagosa Springs, Colorado 81147.

10.     Upon information and belief, Defendant RIFLE TEQUILA'S, INC. is a Colorado corporation having its corporate headquarters at 800 Airport Road, Suite 3, Rifle, Colorado 81650. Upon information and belief, Defendant RIFLE TEQUILA'S, INC. does business as Tequila's Family Restaurant of Rifle located at 800 Airport Road, Suite 3, Rifle, Colorado 81650.

11.     Upon information and belief, Defendant TEQUILA'S OF THORNTON, LLC is a Colorado corporation having its corporate headquarters at 12020 Pennsylvania Street, Thornton, Colorado 80241.  Upon information and belief, Defendant TEQUILA'S OF THORNTON, LLC does business as Tequila's Family Mexican Restaurant of Thornton located at 12020 Pennsylvania Street, Thornton, Colorado 80241.

12.     Upon information and belief, Defendant TEQUILA'S OF TRINIDAD, LLC is a Colorado corporation having its corporate headquarters at 9900 Santa Fe Trail, Trinidad, Colorado 81082.  Upon information and belief, Defendant TEQUILA'S OF TRINIDAD, LLC does business as Tequila's Family Mexican Restaurant of Trinidad located at 9900 Santa Fe Trail, Trinidad, Colorado 81082.13.

13.     Upon information and belief, Defendant CREATIVO DESIGN, LLC, a graphic and web design company, is a Colorado corporation having its corporate headquarters at 10540 Albion Street, Thornton, Colorado 80233.  Upon information and belief, Defendant CREATIVO DESIGN, LLC, through its primary representatives, Liliana Oritz and Alejandro Olvera, performs or has performed services for one or more of the Defendant Restaurants.

14.     Upon information and belief, Defendant ENTRPRNRBOX, LLC, a graphic and web design company, is a Colorado corporation having its corporate headquarters at 1336 Lamplighter Drive, Longmont, CO 80504.  Upon information and belief, Defendant ENTRPRNRBOX, LLC does business as Restaurant Hero, Restaurantly, and Obten Mas Clientes, with Restaurant Hero and Restaurantly each located at 1336 Lamplighter Drive, Longmont, CO 80504 and Obten Mas Clientes located at 353 Main Street, Longmont, Colorado 80501.  Upon information and belief, Defendant ENTRPRNRBOX, LLC, through its primary representative, Alejandro Arredondo, performs or has performed services for one or more of the Defendant Restaurants.

15.     Upon information and belief, Defendant 3GENGAGEMENT, LLC, a graphic and web design company, is a Colorado corporation having its corporate headquarters at 1935 Dominion Way, Suite 201, Colorado Springs, Colorado 80918.  Upon information and belief, Defendant 3GENGAGEMENT, LLC, through its primary representative, Christopher James Hanson, performs or has performed services for one or more of the Defendant Restaurants.

## JURISDICTION AND VENUE

16.     This is a civil action for copyright infringement arising under the copyright laws of the United States, Title 17 of the United States Code.  The Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1338(a), as it involves substantial claims arising under the Copyright Laws of the United States and under 28 U.S.C § 1332 as Plaintiff is a resident outside the state of Colorado and the amount in controversy exceeds $75,000.

17.     This Court has personal jurisdiction over Defendants and venue is proper under 28 U.S.C. § 1391(b) and (c) and § 1400(a).  Defendants are residents of Colorado and have regularly engaged in substantial, continuous, and systematic activities in this State and District and purposefully availed themselves of the privilege of conducting business in this District.  In addition, upon information and belief, Defendants have committed acts of copyright infringement in this District, and this action arises from those acts.

## BACKGROUND

18.     Author is the author and owner of the copyrights in an internationally-acclaimed photograph titled "Jimador de Tequila" (the "Copyrighted Work"):



19.     Author created the Copyrighted Work in Mexico in 1983, at a time when he was a

Mexican resident and citizen.

20.     Author copyrighted the Copyrighted Work as evidenced by Número de Registro: 03-

20230041213584300-01.

21.     The Copyrighted Work was first published in Mexico in 1983 as the cover photograph of

the book, Tequila lo nuestro, and was not published in the United States during the thirty-day

waiting period following the first publication in Mexico.

22.     The Copyrighted Work is protected under "Ley Federal Del Derecho De Autor" and has

not entered the public domain.

23.     The Copyrighted Work is original material that is copyrightable under U.S. federal law.

24.     The Copyrighted Work has received international acclaim and has been exhibited in

Mexico, the United States, and Europe.

25.     The international acclaim is the result of at least the substantial efforts to create the

Copyrighted Work, including spending hours to obtain the best agave plant that was ripe to allow

for defined cut leaves and the plant further having the ideal height and width to compliment the

stature of the jimador, determining the precise number of cuts to show the grandeur of this

particular plant, depiction of the jimador at a prominent position, establishing image angles to

take advantage of the gradual flow of the land with a singular tree in the distance, clothing the

jimador in garments purchased by Author to obtain defined angles and folds, coordinating the

shot to take advantage of prime weather with crisp air post a morning rain, awaiting ideal

lighting conditions allowing ambient light to cast soft shadows, choosing the specific camera and

lens to obtain the desired photo, and performing substantial efforts in post-production.

26.     Restaurants and Designers have reproduced the Copyrighted Work in its entirety and as

derivative works, thereby knowingly pirating the Copyrighted Work for the brand identity in

commerce of the "Tequila's" brand of Restaurants, common throughout at least the State of

Colorado for financial gain.

27.     Restaurants and Designers have reproduced the Copyrighted Work in its entirety in

various mediums to advertise Restaurants' operations, including at least on building façades,

street signs, interior building elements, menus, drinkware, marketing materials, advertising

materials, websites, and on social media platforms.

28.     Restaurants and Designers have reproduced derivative works of the Copyrighted Work in

in various mediums to advertise Restaurants' operations, including at least on building façades,

street signs, interior building elements, menus, drinkware, marketing materials, advertising

materials, websites, and on social media platforms.

29.    Use of the reproduced Copyrighted Work by the Defendants is substantial and is ongoing and includes one example of pirated use by several Restaurants on menus below:



30.    The below represents a comparison of the Copyrighted Work and pirated use of the Copyrighted Work identified above with an image of the Copyrighted Work on the left side and the pirated use of the Copyrighted Work on the right side:

 

31.    The above example, presented below in edited form, highlights particular elements,

angles, lighting, colors, environments, etc. of the reproduced Copyrighted Work with the left side

below representing an edited image of the Copyrighted Work and the right side the edited pirated

use of the Copyrighted Work:

 

32.    Pirated uses of the Copyrighted Work by Defendant TEQUILA'S INC for its Tequila's

Family Mexican Restaurant of Bayfield include, but are not limited to:














33.     Pirated uses of the Copyrighted Work by Defendant TEQUILA'S INC for its Tequila's

Family Mexican Restaurant of Durango include, but are not limited to:















34.     Pirated uses of the Copyrighted Work by Defendant ROSITA INC for its Tequila's Mexican Restaurant of Cortez include, but is not limited to:



35.    Pirated uses of the Copyrighted Work by Defendant CASA TEQUILA, LLC for its Casa

Tequila El Jebel include, but are not limited to:







36.    Pirated uses of the Copyrighted Work by Defendant LOS LEONES, LLC for its Casa

Evergreen include, but are not limited to:



37.    Pirated uses of the Copyrighted Work by Defendant TEQUILA'S III, INC for its

Tequila's Mexican Restaurant of Glenwood Springs include, but are not limited to:
















38.    Pirated uses of the Copyrighted Work by Defendant EL TEQUILENO #1, LLC for its

Tequila's Family Restaurant of Golden include, but are not limited to:

 




















39.    Pirated uses of the Copyrighted Work by Defendant TEQUILA'S II, INC for its

Tequila's Mexican Restaurant Grand Junction U.S.6 include, but are not limited to:


















40.    Pirated uses of the Copyrighted Work by Defendant TEQUILA'S II, INC for its

Tequila's Mexican Restaurant Grand Junction North Avenue include, but are not limited to:

























41.     Pirated uses of the Copyrighted Work by Defendant LOS GARCIAS, INC for its

Tequila's of Pagosa Springs include, but are not limited to:

 

42.     Pirated uses of the Copyrighted Work by Defendant RIFLE TEQUILA'S, INC for its

Tequila's Family Restaurant Rifle include, but are not limited to:

 
















43.     Pirated uses of the Copyrighted Work by Defendant TEQUILA'S OF THORNTON, LLC

for its Tequila's Family Mexican Restaurant of Thornton include, but are not limited to:

 





















44.    Pirated uses of the Copyrighted Work by Defendant TEQUILA'S OF TRINIDAD, LLC

for its Tequila's Family Mexican Restaurant of Trinidad include, but are not limited to:














45.     In addition to actively participating in the pirating of the Copyrighted Work by

Restaurants, upon information and belief, Designers have each also encouraged, facilitated,

caused, materially assisted, materially contributed to, and induced the reproduction, distribution,

and public displays of the Copyrighted Works and/or derivatives thereof, including but not

limited to advertisers and publishers of advertisements.  On information and belief, such

encouragement, facilitation, causation, material assistance, material contribution, and

inducement was undertaken with knowledge of copyrights of the Copyrighted Work, or at a minimum with willful disregard of the copyrights of the Copyrighted Work.

46.     Consumers have come to associate the Copyrighted Work with the various restaurants of Defendants as evidenced by numerous social media outlets.

## COUNT I

## COPYRIGHT INFRINGEMENT OF THE COPYRIGHTED WORK BY DEFENDANTS

47.     Plaintiff realleges and incorporates the allegations set forth in Paragraph 1 through Paragraph 46 herein.

48.     Upon information and belief, Defendants infringe the copyright in the Copyrighted Work under the copyright laws of the United States, Title 17 of the United States Code, as each of the aforementioned uses of the Copyrighted Work, notably Author's exclusive rights to reproduce, distribute, and publicly display the Copyrighted Work.

49.     Upon information and belief, Designers have each further contributorily infringed and induced infringement of the Copyrighted Work by encouraging, facilitating, causing, materially assisting, materially contributing to, and inducing the reproduction, distribution, and public displays of the Copyrighted Works and/or derivatives thereof, including but not limited to advertisers and publishers of advertisements.

50.     Each Defendant is liable for Plaintiff's actual damages.

51.     Each Defendant has knowingly and willfully infringed the Copyrighted Work.

52.     Each Defendant is liable for their profits attributable to the infringement.

53.     Each Defendant is liable for profits attributable to the infringement that were earned by third parties that Defendants encouraged, facilitated, caused, materially assisted, materially contributed to, and induced the reproduction, distribution, and public displays of the Copyrighted Works and/or derivatives thereof.

54.     Each Defendant is liable for Plaintiff's costs of court, and post judgment interest.

55.     This case is exceptional and, therefore Plaintiff is entitled to an award of attorneys' fees.

56.     Upon information and belief, Defendants' commercial activities relating to the willful infringement of the Copyrighted Works have continued and are continuing with knowledge of the copyrights in the Copyrighted Works.  These commercial activities are, at a minimum, in reckless disregard of Plaintiff's rights copyrights in the Copyrighted Works.  Such acts of infringement have therefore been intentional, deliberate, and willful.  Defendants continued unauthorized use of the Copyrighted Work after notification.

## PRAYER FOR RELIEF

WHEREFORE, Tristar Products prays that the Court enter judgment against Defendants as follows:

A.     That Defendants have infringed and are infringing the Copyrighted Work;

B.     That Defendants and their officers, directors, agents, employees, attorneys, and those persons in active concert or participation with any of them, be preliminarily and permanently enjoined from further acts of infringement of the Copyrighted Work;

C.     That Defendants be ordered to pay Plaintiff damages sufficient to compensate for said Defendants' infringement of the Copyrighted Work, with pre-judgment and post-judgment interest, including profits lost as a result of infringement of the Copyrighted Work, and enhancing such damages due to the willfulness of the infringement;

D.     Plaintiff is entitled to preliminary and permanent injunctions pursuant to 17 U.S.C. § 502 prohibiting further copying, distribution, or public display of the Copyrighted Works and/or derivatives work thereof.

E.      Plaintiff is entitled to an order pursuant to 17 U.S.C. § 503(b) for the destruction of all such infringing copies of the Copyrighted Work that have been made in violation of copyrights in the Copyrighted Work.

F.      That this action be declared as exceptional and that Plaintiffs be awarded its attorneys' fees, costs, and expenses;

G.      That Plaintiff be awarded such other and further relief as this Court deems proper and just.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues properly triable to a jury in this case.

Respectfully submitted this 1st day of June 2023,

**The McCallum Law Firm PC**

_____
Jennifer M. McCallum, Ph.D., Esq.
(jennifermccallum@mccallumlaw.net)
The McCallum Law Firm PC
685 Briggs Street, P.O. Box 929
Erie, Colorado 80516
Telephone Number: (303) 828-0655
Atty. Reg. #: 33238

**Bakos Law LLC**

_____
Edward P. Bakos
(ebakos@bakoslegal.com)
Bakos Law LLC
27 Laurel Avenue
Summit, New Jersey 07901
Telephone Number: (908) 273-0770

*Attorneys for the Plaintiff:*
*JOSÉ PABLO FERNÁNDEZ*