AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado ▼

| | |
|---|---|
| JOSÉ PABLO FERNÁNDEZ <br><br> *Plaintiff(s)* <br> v. <br> TEQUILAS INC.; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* TEQUILA′S OF THORNTON, LLC
(dba Tequila′s Family Mexican Restaurant of Thornton)
12020 Pennsylvania Street, Thornton, Colorado 80241


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer McCallum, Ph. D.
The McCallum Law Firm PC
685 Briggs Street, P.O. Box 929
Erie, CO 80516
Phone Number: (303) 828-0655
E-mail: jennifermccallum@mccallumlaw.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*