**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01382-GPG-SBP

JOSE PABLO FERNANDEZ,

Plaintiff,

v.

TEQUILA'S INC, et al.

Defendants.

---

**DEFENDANTS' NOTICE OF COMPLIANCE WITH SAFE-HARBOR REQUIREMENT OF RULE 11(C)(2)**

---

Defendants Rosita's Mexican Restaurant, Inc. dba Casa Tequila Evergreen, 3G Engagement, LLC, and Restaurantly, LLC (collectively, "Defendants"), hereby provide notice that pursuant to Fed. R. Civ. P. 11(c)(2), they served Plaintiff's counsel with a draft Motion for Sanctions on October 27, 2025.

Service was made via email to Plaintiff's counsel, thereby commencing the 21-day safe-harbor period under Rule 11(c)(2). Twenty-one (21) days have since elapsed, and Plaintiff did not withdraw or correct the challenged filing.

Accordingly, Defendants now file their Motion for Sanctions.

Respectfully submitted on this 24th day of November 2025,

*/s/Nimsy A. Garcia*
**Nimsy A. Garcia**
The Traveling Immigration Attorney, LLC
430 Indiana St
Golden, CO 80401
307-205-9044
nimsygarcia@outlook.com

*Counsel for Defendants,*
*Rosita's Mexican Restaurant, Inc. dba Casa Tequila Evergreen, 3G Engagement, LLC, and Restuarantly, LLC (collectively, "Defendants")*

**CERTIFICATE OF SERVICE**

I hereby certify that on 24 November 2025, a true and correct copy of the foregoing document was served via ECF on Plaintiff's counsel of record:

Jennifer McCallum
The McCallum Law Firm PC
jennifermccallum@mccallumlaw.net

Edward P. Bakos
Bakos Law LLC
ebakos@bakoslegal.com

and to Defendants' counsel: Suhail Rajakumar, srajakumar@cmlawfirm.com, Kevin R. Lussier, klussier@cmlawfirm.com, Charles Simon, simon@jvamlaw.com, Alexander Clayden, alex@jvamlaw.com, Colin Campbell, ccampbell@cwf-law.net, Michael D. Feng, mfeng@cmf-law.net, and rsam@samiplegalsolutions.com.

Respectfully submitted on this 24th day of November 2025,

*/s/Nimsy A. Garcia*
**Nimsy A. Garcia**