# Exhibit A

---

**Subject:** Re: U.S. Copyright Registration Application
**Date:** Monday, October 27, 2025 at 11:35:38 PM Mountain Daylight Time
**From:** Nimsy Garcia
**To:** Edward Bakos, Jennifer McCallum
**BCC:** Suhail Rajakumar, Kevin Lussier, Ryan Sam
**Attachments:** image001.png, image001.png, Motion for Sanctions R11.pdf

Counsel,

This notice is provided in accordance with Federal Rule of Civil Procedure 11 and the local rules of this District.

**Nimsy A. Garcia**

**The Traveling Immigration Attorney, LLC**
Based Out of Wyoming, Working with People Worldwide

**Phone/WhatsApp**: +1 307-205-9044

**Office Locations**
430 Indiana St, Suite 100
Golden, CO 80401

680 S. Cache St., Suite 100-8640
Jackson, WY 83001

www.travelingimmigrationattorney.com

TRAVELING IMMIGRATION
ATTORNEY
*Practice Limited to Federal Immigration and Nationality Law*

**This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.**
**Este mensaje puede contener información confidencial y privilegiada. Si se le ha enviado por error, responda para informarle al remitente del error y luego elimine inmediatamente este mensaje.**
**Esta mensagem pode conter informações confidenciais e privilegiadas. Se tiver sido enviado a você por engano, responda para avisar o remetente do erro e exclua imediatamente esta mensagem.**